JORDAN v. HARDIN.

(Circuit Court of Appeals, Seventh Circuit.   July 15, 1892.)

No. 15.

NEW TRIAL—EJECTMENT—APPEAL—RES JUDICATA.
    Under Rev. St. Ill. c. 45, § 35, which allows a defeated party in eject-
    ment a new trial as matter of right upon payment of costs within one
    year after the rendition of the judgment, such defeated party is entitled
    to a new trial even though the judgment has been rendered pursuant to a
    mandate of the supreme court, and notwithstanding a new trial already
    had on stipulation of the parties.

In Error to the Circuit Court of the United States for the North-
ern Division of the Northern District of Illinois.

   At Law.  Ejectment by Gertrude H. Hardin against Conrad N.
Jordan.  On May 28, 1883, the case was tried for the first time,
resulting in a judgment for plaintiff.  This judgment was set
aside, and a new trial ordered on stipulation of the parties.  On
January 18, 1886, the case was tried for the second time, and judg-
ment rendered for plaintiff for part only of the land in controversy.
On writ of error to the supreme court this judgment was reversed,
and the cause remanded, with directions to enter judgment in favor
of plaintiff for all the land.  Judgment was entered in obedience
to this mandate, June 10, 1891.  Defendant thereupon paid costs
and moved for a new trial.  The motion was denied, and he brings
error.  Reversed.

   Rev. St. Ill. c. 45, § 35, declares that: "At any time within one year after
a judgment either upon default or verdict in the action of ejectment, the
party against whom it is rendered, his heirs or assigns, upon the payment
of all costs recovered therein, shall be entitled to have the judgment vacated,
and a new trial granted in the cause, * * * but no more than two new
trials shall be granted to the same party under this section."

   W. C. Goudy and John I. Bennett, for plaintiff in error.
   Dent & Whitman, for defendant in error.

   Before HARLAN, Circuit Justice, WOODS, Circuit Judge, and
JENKINS, District Judge.

   PER CURIAM.  The judgment of the circuit court is reversed,
with costs, and remanded to the court below, with directions to
award a new trial.